1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ANTHONY JEFFERSON,                     No. CIV S-07-2426-FCD-CMK-P

12              Petitioner,

13         vs.                               ORDER

14    THOMAS FELKER, et al.,

15              Respondents.

16    _____/

17         Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an application to

19    proceed in forma pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).

20    Petitioner will be provided the opportunity to submit either a completed application to proceed in

21    forma pauperis or the appropriate filing fee.  Petitioner is warned that failure to comply with this

22    order may result in the dismissal of this action.  See Local Rule 11-110.

23         Accordingly, IT IS HEREBY ORDERED that:

24         1.    Petitioner shall submit on the form provided by the Clerk of the Court,

25    within 30 days from the date of this order, a complete application for leave to proceed in forma

26    pauperis, or the appropriate filing fee; and

1

1          2.      The Clerk of the Court is directed to send petitioner a new form

2    Application to Proceed In Forma Pauperis By a Prisoner.

3

4      DATED:  November 16, 2007

5
                                                    _____
6                                                   **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26