IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEFFERSON, | No. CIV S-07-2426-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| THOMAS FELKER, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was previously ordered to submit a completed application for leave to proceed in forma pauperis or pay the required filing fee pursuant to 28 U.S.C. §§ 1914(a), 1915(a). Petitioner has attempted to comply with this court order, and has indicated that he has submitted the papers to the prison officials for completion. However, the completed application has not been received by the court. Petitioner will be provided additional time in which to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2. If petitioner continues to experience problems with the prison officials in obtaining the proper certification on his application, he is to notify the court.

DATED: January 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE