IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JEFFERSON,                           No. CIV S-07-2426-FCD-CMK-P

        Petitioner,

   vs.                                                           ORDER

THOMAS FELKER, et al.,

        Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 8).[1]  Petitioner's petition will be addressed separately.

        Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

---

[1] Petitioner has filed a letter with the court on December 5, 2007, stating that he was paying the filing fees in this action. However, there were no filing fees enclosed with that letter.

1

1         Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
2 proceed in forma pauperis is granted.

4  DATED: January 24, 2008

                                                 **CRAIG M. KELLISON**
                                                 UNITED STATES MAGISTRATE JUDGE